In the Matter of the Estate of GEORGE FOWLER, Deceased.

JAMES R. DUNCAN et al., as Trustees under the Will of GEORGE Fowler, Deceased et al., Respondents; GEORGE W. FOWLER, Appellant.

Submitted November 23, 1942; decided December 10, 1942.

Motion for reargument and to amend the remittitur denied. The costs are payable out of the annuity. (See 288 N. Y. 697.)